IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANSE SULLIVAN, | ) | No. C 04-02089 EJD (PR) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| T. P. RYAN, et al., | ) | |
| Defendants. | ) | |

    The Court has dismissed all claims against Defendants, and granted their motion for summary judgment. Judgement is entered in favor of Defendants.

    The Clerk shall close the file.

DATED: September 30, 2011

EDWARD J. DAVILA
United States District Judge

Judgment
P:\PRO-SE\SJ.EJD\OLDER CASES\Sullivan04-02089_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MANSE SULLIVAN,

        Plaintiff,

  v.

T. P. RYAN, et al.,

        Defendants.

Case Number: CV04-02089 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/30/2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Manse Sullivan C 000425-9
Coalinga State Hospital
P. O. Box 5000
Coalinga, CA 93423

Dated: 9/30/2011

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk