**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   MANSE SULLIVAN,                     )     No. C 04-02089 EJD (PR)
                                         )
12              Plaintiff,               )     JUDGMENT
                                         )
13      vs.                              )
                                         )
14                                       )
     T. P. RYAN, et al.,                 )
15                                       )
                Defendants.              )
16                                       )
                                         )
17   _____)

18          The Court has dismissed all claims against Defendants, and granted their motion

19   for summary judgment.  Judgement is entered in favor of Defendants.

20          The Clerk shall close the file.

21

22   DATED: ___September 30, 2011___

                                          _____
23                                        EDWARD J. DAVILA
                                          United States District Judge

24

25

26

27

28

Judgment
P:\PRO-SE\SJ.EJD\OLDER CASES\Sullivan04-02089_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MANSE SULLIVAN,

            Plaintiff,

  v.

T. P. RYAN, et al.,

            Defendants.

                                                  /

Case Number: CV04-02089 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____9/30/2011_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Manse Sullivan C 000425-9
Coalinga State Hospital
P. O. Box 5000
Coalinga, CA 93423

Dated: _____9/30/2011_____

                                Richard W. Wieking, Clerk
                          /s/ By: Elizabeth Garcia, Deputy Clerk